```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 17848
    CHARLES J THOMATIS JR
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-9615


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 07/11/2008 and was not confirmed.

    The case was dismissed without confirmation 10/27/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------

PEOPLES GAS LIGHT & COKE  UNSECURED        718.48          .00          .00
STATE OF MICHIGAN DEPT O  DSO ARREARS   NOT FILED          .00          .00
DIRECTV                   UNSECURED     NOT FILED          .00          .00
ENTERPRISE RENTA CAR      UNSECURED     NOT FILED          .00          .00
AT&T                      UNSECURED         80.49          .00          .00
ERMED SC                  UNSECURED     NOT FILED          .00          .00
ROUNDUP FUNDING LLC       UNSECURED        771.02          .00          .00
BELL AUTO LEASING         UNSECURED      10199.00          .00          .00
T MOBILE                  UNSECURED     NOT FILED          .00          .00
CITY OF CHICAGO PARKING   UNSECURED       5516.96          .00          .00
CITY OF CHICAGO PARKING   UNSECURED       3510.00          .00          .00
CITY OF MILWAUKEE TREASU  UNSECURED     NOT FILED          .00          .00
INGALLS MIDWEST EMERGENC  UNSECURED     NOT FILED          .00          .00
T MOBILE                  UNSECURED     NOT FILED          .00          .00
FORD MOTOR CREDIT CORP    UNSECURED     NOT FILED          .00          .00
NWMFF                     UNSECURED     NOT FILED          .00          .00
NWMFF                     UNSECURED     NOT FILED          .00          .00
INGALLS MEMORIAL HOSPITA  UNSECURED     NOT FILED          .00          .00
ILLINOIS MASONIC MEDICAL  UNSECURED     NOT FILED          .00          .00
COM ED                    UNSECURED     NOT FILED          .00          .00
AURORA HEALTH CARE        UNSECURED     NOT FILED          .00          .00
OXFORD                    UNSECURED     NOT FILED          .00          .00
AT&T WIRELESS             UNSECURED     NOT FILED          .00          .00
SALLIE MAE SERVICING      UNSECURED           .00          .00          .00
SALLIE MAE SERVICING      UNSECURED           .00          .00          .00
STATE OF TEXAS DEPT OF T  UNSECURED     NOT FILED          .00          .00
ST JOSEPHS EMERGENCY PHY  UNSECURED     NOT FILED          .00          .00
ROUNDUP FUNDING LLC       UNSECURED        656.03          .00          .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY    3,464.00                    389.76
TOM VAUGHN                TRUSTEE                                     30.24
DEBTOR REFUND             REFUND                                        .00

    Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS

             PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 17848 CHARLES J THOMATIS JR
```

```
--------------------------------------------------------------------------------
TRUSTEE                                       420.00

PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                     389.76
TRUSTEE COMPENSATION                                                30.24
DEBTOR REFUND                                                         .00
                                        ---------------    ---------------
TOTALS                                        420.00             420.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


    Dated: 01/26/09                  /s/ Tom Vaughn
                                     _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE


                          PAGE   2
        CASE NO. 08 B 17848 CHARLES J THOMATIS JR